UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | 2:10-CV-00471-PMP-LRL |
| Plaintiff,           ) | |
| ) | **ORDER** |
| vs.           ) | |
| JAMES DILULLO,           ) | |
| Defendants.           ) | |

**IT IS ORDERED that** the Court's Order (Doc. #31) entered August 8, 2011 granting Defendant's Motion for Appointment of Mitigation Specialists Dr. Gareth Lasky (Doc. #30) is VACATED.

**IT IS FURTHER ORDERED that** because all request for expenditure of CJA funds must be submitted through CJA eVoucher by means of an "Authorization for Expert and other Services," Defendant's Motion for Appointment of Mitigation Specialists (Doc. #30) is **DENIED** without prejudice to renew the same appropriately through the CJA eVoucher Application System.  Additionally, Defendant is directed that any such Application must specify an hourly rate and an estimated amount of compensation for the services requested.

DATED: August 24, 2011.

_____
PHILIP M. PRO
United States District Judge